UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | FILED |
| v. | : | CIVIL NO: 3:00CV1704 (DJS) |
| Egna L. Diaz, | : | 2004 NOV -4 A 9: 03 |
| Defendant. | : | November 2, 2004 |

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*[signature]*

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

**C E R T I F I C A T I O N**

    This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on November 31, 2004.

Egna L. Diaz
184 Clark St.
Bridgeport, CT  06606-3843

_____
CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY